|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | United States District Court | |
| 9 | Eastern District of California | |
| 10 | Steven Matthew Monger, | |
| 11 |         Petitioner, | No. Civ. S 05-0067 GEB PAN P |
| 12 |     vs. | Order |
| 13 | J. Woodford, et al., | |
| 14 |         Respondents. | |
| 15 | -oOo- | |

Good cause appearing, the April 15, 2005, order to show cause is discharged because respondent's failure to respond to the petition was caused by error of the court.  The Clerk of Court shall correct that error by serving the January 25, 2005, order and a copy of the petition for habeas corpus on Jo Graves, Office of the Attorney General of the State of California. Respondent shall respond to the petition within 60 days.

So ordered.

Dated:  May 10, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge