United States District Court

Eastern District of California

Steven Matthew Monger,

    Petitioner,    No. Civ. S 05-0067 GEB PAN P

 vs.    Order

J. Woodford, et al.,

    Respondents.

-oOo-

July 21, 2005, petitioner requested an extension of time to file and serve a reply. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: August 23, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge