United States District Court

Eastern District of California

Steven Matthew Monger,

     Petitioner,                    No. Civ. S 05-0067 GEB PAN P

  vs.                              Order

J. Woodford, et al.,

     Respondents.

-oOo-

    July 11, 2005, petitioner moved to amend the petition. Respondent did not oppose petitioner's request to make minor corrections to the pleading.  Petitioner's request is granted. The Clerk of court shall file the proposed amended petition; the June 29, 2005, amended answer is deemed responsive to it.

    So ordered.

    Dated:  November 1, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge