IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

    Petitioner,                    No. CIV S 05-0067 ALA HC

   vs.

J. WOODFORD, et. al.,               ORDER

    Respondent.

_____ /

      Petitioner Steven Monger is proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254. On February 19, 2008, this court dismissed that application. On March 21, 2008, petitioner filed a request for an extension of time to file a notice of appeal. That request is timely. *See* FED. R. APP. P. 4(a) (providing that the notice of appeal "must be filed with the district court clerk within 30 days after the judgment or order appealed from is entered"); FED. R. APP. P. 4(c)(1) (providing that if "an inmate confined in an institution files a notice of appeal . . . the notice is timely if it is deposited in the institution's internal mail system on or before the last day for filing"). Good cause appearing, that request will be granted.

      Therefore, IT IS HEREBY ORDERED that:

      1. Petitioner's March 21, 2008, request for an extension of time to file a notice of appeal is GRANTED; and

1

2. Petitioner is granted thirty (30) days from March 21, 2008, to file a notice of appeal.

/////

DATED: March 25, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation