IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

    Petitioner,               Case No. 2:05-cv-00067 ALA (HC)

    vs.

J. WOODFORD, et al.,

    Respondent.           **ORDER**

_____/

On August 13, 2008, Petitioner Steven Monger filed an application to proceed *in forma pauperis* on appeal. (Doc. 32). Pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, this Court considered Petitioner's application. This Court cannot render a decision, however, until Petitioner files his California Department of Corrections Inmate Trust Account Statement for March, April, May, June , July and August 2008. Petitioner shall file this documentation on or before September 23, 2008.

**IT IS SO ORDERED.**

/////

DATED: August 26, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation