IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

    Petitioner,               Case No. 2:05-cv-00067 ALA (HC)

    vs.

J. WOODFORD, et al.,

    Respondent.           **ORDER**

_____/

    On August 13, 2008, Petitioner Steven Monger filed an application to proceed *in forma pauperis* on appeal. (Doc. 32). Pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, this Court considered Petitioner's application. This Court could not render a decision, however, until Petitioner filed his California Department of Corrections Inmate Trust Account Statement for March, April, May, June , July and August 2008.

    Petitioner filed an Eastern District of California "Application to Proceed In Forma Pauperis by a Prisoner." (Doc. 34). The application elicits information from Petitioner that satisfies the eligibility requirements to proceed *in forma pauperis* as set forth by Rule 24(a)(1) of the Federal Rules of Appellate Procedure. Through the application, Petitioner establishes his indigence, asserts his entitlement to redress, and provides the issues he intends to present on appeal by incorporating his underlying complaint. In conformity with Rule 24, and this Court's Order, (Doc. 33), Petitioner also filed his California Department of Corrections Inmate Trust

Account Statement for March, April, May, June , July, August and September. (Doc. 34).  *See*
Form 4 of the App. of Forms.

    Petitioner's application and trust account illustrate that he is unable to pay or give security for fees or costs associated with his appeal.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request to proceed *in forma pauperis* on appeal is GRANTED.

DATED: September 29, 2008

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation